# EXHIBIT A

Page 1

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

FORM E

CLASS: E

REGISTRATION NO. Ep 257805

DO NOT WRITE HERE (EP) (EU)

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: COLUMBIA BROADCASTING SYSTEM, INC.
Address: 51 WEST 52nd STREET
NEW YORK, N.Y.

Name:
Address:

**2. Title:** HAWAII FIVE-O
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: MORT STEVENS  PWH
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X   Other _____ (Name of country)
Domiciled in U.S.A.  Yes X   No ____  Address: 16883 SERVERO PLACE, ENCINO, CALIFORNIA
Author of: MUSIC (State which: words, music, arrangement, etc.)

Name: _____
Citizenship: U.S.A. ____  Other _____
Domiciled in U.S.A.  Yes ____  No ____  Address: _____
Author of: _____

Name: _____
Citizenship: U.S.A. ____  Other _____
Domiciled in U.S.A.  Yes ____  No ____  Address: _____
Author of: _____

➤ **NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◀

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

APRIL 7, 1969
(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

U.S.A. & CANADA

➤ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◀

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered?  Yes ____  No ____  Date of registration _____  Registration number _____
Was work previously published?  Yes ____  No ____  Date of publication _____  Registration number _____
Is there any substantial NEW MATTER in this version?  Yes ____  No ____  If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

Complete all applicable spaces on next page

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

APRIL MUSIC INC.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name: APRIL MUSIC INC.   Address: 1650 BROADWAY, NEW YORK, N.Y. 10019

8. Send certificate to:

(Type or print name and address)

Name: APRIL MUSIC INC.
Address: 1650 BROADWAY
(Number and street)
NEW YORK, N.Y. 10019
(City)   (State)   (ZIP code)

9. Certification:
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Lucille Queen* (signature)
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

- Class A — Form A—Published book manufactured in the United States of America.
- Class A or B
  - Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
  - Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
- Class B
  - Form B—Periodical manufactured in the United States of America.
  - Form BB—Contribution to a periodical manufactured in the United States of America.
- Class C — Form C—Lecture or similar production prepared for oral delivery.
- Class D — Form D—Dramatic or dramatico-musical composition.
- Class E
  - Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
  - Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
- Class F — Form F—Map.
- Class G — Form G—Work of art or a model or design for a work of art.
- Class H — Form H—Reproduction of a work of art.
- Class I — Form I—Drawing or plastic work of a scientific or technical character.
- Class J — Form J—Photograph.
- Class K
  - Form K—Print or pictorial illustration.
  - Form KK—Print or label used for an article of merchandise.
- Class L or M — Form L–M—Motion picture.
- Form R—Renewal copyright.
- Form U—Notice of use of copyrighted music on mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

Application received

One copy received

Two copies received

Fee received

Renewal
RE 774-269

Page 2

U.S. GOVERNMENT PRINTING OFFICE : 1968 O—282-400

# EXHIBIT B

Page 1

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

FORM E

CLASS: E

REGISTRATION NO. Ep 264446

DO NOT WRITE HERE (EP) EU

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: COLUMBIA BROADCASTING SYSTEM, INC.
Address: 51 West 52nd Street
New York, N.Y. 10019

Name: _____
Address: _____

**2. Title:** HAWAII FIVE-O
(Give the title of the musical composition as it appears on the copies)
Stage Dance Band Arrangement

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: MORT STEVENS
Citizenship: U.S.A. X   Other: _____
Domiciled in U.S.A. Yes X  No ____  Address: 16883 Servero Place, Encino, California
Author of: MUSIC

Name: APRIL MUSIC INC. employer for hire of Tom Newsom  TNN
Citizenship: U.S.A. X   Other: _____
Domiciled in U.S.A. Yes X  No ____  Address: 1650 Broadway, New York, N.Y.
Author of: Arrangement for Stage Dance Band

Name: _____
Citizenship: U.S.A. ____   Other: _____
Domiciled in U.S.A. Yes ____  No ____  Address: _____
Author of: _____

➤ NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

October 14, 1969
(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.
UNITED STATES & CANADA

➤ NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes X  No ____  Date of registration 4/7/69   Registration number EP 257805
Was work previously published? Yes X  No ____  Date of publication 4/7/69   Registration number EP 257805

Is there any substantial **NEW MATTER** in this version? Yes X  No ____  If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

Arrangement for Stage Dance Band

*Complete all applicable spaces on next page*

EXAMINER: jem

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

APRIL MUSIC INC.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name APRIL MUSIC INC.    Address 1650 BROADWAY, NEW YORK, N.Y. 10019

8. Send certificate to:

(Type or print name and address)

Name APRIL MUSIC INC.
Address 1650 BROADWAY
(Number and street)
NEW YORK, N.Y. 10019
(City)  (State)  (ZIP code)

9. Certification:
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Lucille Leccia
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.
Class A or B { Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
Class B { Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.
Class C    Form C—Lecture or similar production prepared for oral delivery.
Class D    Form D—Dramatic or dramatico-musical composition.
Class E { Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
Class F    Form F—Map.
Class G    Form G—Work of art or a model or design for a work of art.
Class H    Form H—Reproduction of a work of art.
Class I    Form I—Drawing or plastic work of a scientific or technical character.
Class J    Form J—Photograph.
Class K { Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.
Class L or M { Form L–M—Motion picture.
Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

One copy received

Two copies received

Fee received

Renewal
R 751-116

U.S. GOVERNMENT PRINTING OFFICE : 1968—O–320-471

Page 2

# EXHIBIT C

Page 1

**FORM E**

| CLASS | REGISTRATION NO. |
|---|---|
| E | Ep 264543 |
| | DO NOT WRITE HERE |
| | (EP)   EU |

# Application for Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: COLUMBIA BROADCASTING SYSTEM, INC.
Address: 51 West 52nd Street
New York, N.Y.

Name: 
Address:

**2. Title:** HAWAII FIVE-O
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: MORT STEVENS
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X    Other _____ (Name of country)
(Check if U.S. citizen)
Domiciled in U.S.A. Yes X   No ___   Address: 16883 Servero Place, Encino, California
Author of: MUSIC
(State which: words, music, arrangement, etc.)

Name: APRIL MUSIC INC. employer for hire of John Warrington  PWH
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. XXX    Other _____ (Name of country)
Domiciled in U.S.A. Yes X   No ___   Address: 1650 Broadway, New York, N.Y. 10019
Author of: Arrangement for Quickstep Band
(State which: words, music, arrangement, etc.)

Name: _____
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ___    Other _____ (Name of country)
Domiciled in U.S.A. Yes ___   No ___   Address: _____
Author of: _____
(State which: words, music, arrangement, etc.)

➡ **NOTE:** Leave all spaces of line 4 blank unless your work has been **PUBLISHED.** ⬅

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

OCTOBER 14, 1969
(Month)   (Day)   (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

UNITED STATES & CANADA

➡ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ⬅

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes X   No ___   Date of registration 4/7/69   Registration number EP 257805
Was work previously published? Yes X   No ___   Date of publication 4/7/69   Registration number EP 257805
Is there any substantial **NEW MATTER** in this version? Yes X   No ___ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

Arrangement for Quickstep Band

EXAMINER

Complete all applicable spaces on next page

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:
APRIL MUSIC INC.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:
Name APRIL MUSIC INC.   Address 1650 BROADWAY, NEW YORK, N.Y. 10019

8. Send certificate to:

(Type or print name and address)
Name APRIL MUSIC INC.
Address 1650 BROADWAY
(Number and street)
NEW YORK, N.Y. 10019
(City)        (State)        (ZIP code)

9. Certification:
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_Lucelle Laccia_
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.
Class A or B   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
Class B   Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.
Class C   Form C—Lecture or similar production prepared for oral delivery.
Class D   Form D—Dramatic or dramatico-musical composition.
Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
Class F   Form F—Map.
Class G   Form G—Work of art or a model or design for a work of art.
Class H   Form H—Reproduction of a work of art.
Class I   Form I—Drawing or plastic work of a scientific or technical character.
Class J   Form J—Photograph.
Class K   Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.
Class L or M   Form L–M—Motion picture.
Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
OCT 29 1968

One copy received

Two copies received
OCT 29 1968

Fee received

Renewal
R. 751-120

U.S. GOVERNMENT PRINTING OFFICE : 1968—O-320-471

Page 2

# EXHIBIT D



**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 774-269**

DEC 2 3 1997
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

## 1  RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM▼  (See Instructions)

**1**
Name: CBS Inc.
s: 51 West 52nd Street, New York, New York 10019
Claiming as: Proprietor of copyright in a work made for hire
(Use appropriate statement from instructions)

**2**
Name:
s:
Claiming as:

**3**
Name:
s:
Claiming as:

## 2  TITLE OF WORK IN WHICH RENEWAL IS CLAIMED▼
HAWAII FIVE-O

**RENEWABLE MATTER▼**
Entire Work

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼

## 3  AUTHOR(S) OF RENEWABLE MATTER▼
Music by Mort Stevens

## 4  ORIGINAL REGISTRATION NUMBER ▼   ORIGINAL COPYRIGHT CLAIMANT ▼
Ep 257805                              Columbia Broadcasting System, Inc.

**ORIGINAL DATE OF COPYRIGHT**
If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: 4-7-69
(Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions
• Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of ____ pages

| | |
|---|---|
| RENEWAL APPLICATION RECEIVED | FORM RE |
| DEC 23 1997 | |
| CORRESPONDENCE ☐ YES | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**5** **RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**1**
Title of Contribution: .................................................................
Title of Periodical: ................................ Vol: ....... No: ....... Issue Date: ................
Date of Publication: ............................. Registration Number: ............................
(Month) (Day) (Year)

**2**
Title of Contribution: .................................................................
Title of Periodical: ................................ Vol: ....... No: ....... Issue Date: ................
Date of Publication: ............................. Registration Number: ............................
(Month) (Day) (Year)

**3**
Title of Contribution: .................................................................
Title of Periodical: ................................ Vol: ....... No: ....... Issue Date: ................
Date of Publication: ............................. Registration Number: ............................
(Month) (Day) (Year)

**4**
Title of Contribution: .................................................................
Title of Periodical: ................................ Vol: ....... No: ....... Issue Date: ................
Date of Publication: ............................. Registration Number: ............................
(Month) (Day) (Year)

**6** **DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.
Name: **CBS Inc. - New York**
Account Number: **DAO64351**

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.
Name: **CBS Inc. - Attn: See space 8**
Address: **51 West 52 St., 36 Fl.**
City: **New York**  State: **New York**  ZIP: **10019**  (Apt)
Area Code and Telephone Number ▶ **(212) 975-3711**
Be sure to give your daytime phone number

**7** **CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant
☒ duly authorized agent of **CBS Inc.**
(Name of renewal claimant)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ **Paul M. Hotaling**
Date ▼ **11-25-97**
Handwritten signature (X) ▼ *Paul M H[signature]*

**8** **MAIL CERTIFICATE TO**
Name ▼ **CBS Inc.**
Attn.: **Paul M. Hotaling**
Number/Street/Apt ▼ **51 West 52 St., 36 Fl.**
City/State/ZIP ▼ **New York, New York 10019**

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 7
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT E

# CERTIFICATE OF DEATH
## STATE OF CALIFORNIA
### USE BLACK INK ONLY

| Field | Value |
|---|---|
| 1A. Name of Decedent—First (Given) | MORTON |
| 1B. Middle | AARON |
| 1C. Last (Family) | STEVENS |
| 2A. Date of Death | NOVEMBER 11, 1991 |
| 2B. Hour | 0637 |
| 3. Sex | MALE |
| 4. Race | CAUCASIAN |
| 5. Hispanic | No (XX) |
| 6. Date of Birth | JANUARY 30, 1929 |
| 7. Age in Years | 62 |
| 8. State of Birth | NJ |
| 9. Citizen of What Country | USA |
| 10A. Full Name of Father | ISADORE SUCKNO |
| 10B. State of Birth | POLAND |
| 11A. Full Maiden Name of Mother | RACHEL MEMBERG |
| 11B. State of Birth | RUSSIA |
| 12. Military Service? | 19 UNK to 19 UNK  NONE |
| 13. Social Security No. | 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 |
| 14. Marital Status | MARRIED |
| 15. Name of Surviving Spouse | ANNIE SUNRICH |
| 16A. Usual Occupation | MUSIC COMPOSER |
| 16B. Usual Kind of Business or Industry | MUSIC |
| 16C. Usual Employer | SELF EMPLOYED |
| 16D. Years in Occupation | 32 |
| 17. Education—Years Completed | 16 |
| 18A. Residence—Street and Number or Location | 16883 SEVERO PLACE |
| 18B. City | ENCINO |
| 18C. Zip Code | 91436 |
| 18D. County | LOS ANGELES |
| 18E. Number of Years in This County | 32 |
| 18F. State or Foreign Country | CALIFORNIA |
| 20. Name, Relationship, Mailing Address and Zip Code of Informant | ANNIE STEVENS – WIFE, 16883 SEVERO PLACE, ENCINO, CA 91436 |
| 19A. Place of Death | RESIDENCE |
| 19B. If Hospital, Specify | -- |
| 19C. County | LOS ANGELES |
| 19D. Street Address | 16883 SEVERO PLACE |
| 19E. City | ENCINO |
| 22. Was Death Reported to Coroner? | No (X) |
| 21. Death was Caused By: Immediate Cause (A) | Metastatic Adenocarcinoma of Pancreas |
| Time Interval Between Onset and Death | 1 Year |
| 23. Was Biopsy Performed? | YES (XX) |
| 24A. Was Autopsy Performed? | NO (X) |
| 25. Other Significant Conditions | None |
| 26. Was Operation Performed | Exploratory Laparotomy 11-27-90 |
| 27B. Signature and Degree or Title of Certifier | [signed] M.D. |
| 27C. Certifier's License Number | G39314 |
| 27D. Date Signed | 11-11-91 |
| 27A. Decedent Attended Since | 11-14-90 |
| 27E. Decedent Last Seen Alive | 11-8-91 |
| 27E. Type Attending Physician's Name and Address | GARY M. DOSIK, M.D., 16311 VENTURA BOULEVARD, ENCINO, CA |
| 34A. Disposition(s) | CR/RES |
| 34B. Place of Final Disposition | 16883 SEVERO PLACE, ENCINO, CA **LOS ANGELES** |
| 34C. Date | NOV. 15, 1991 |
| 35A. Signature of Embalmer | NOT EMBALMED |
| 35B. License Number | NONE |
| 36A. Name of Funeral Director | GROMAN MORTUARY |
| 36B. License No. | FD 696 |
| 37. Signature of Local Registrar | Robert C. Bates |
| 38. Registration Date | NOV 13 1991 |

VS-11 (REV. 3-91)   MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

---

THIS IS A TRUE CERTIFIED COPY OF THE RECORD FILED IN THE COUNTY OF LOS ANGELES DEPARTMENT OF HEALTH SERVICES IF IT BEARS THIS SEAL IN PURPLE INK.

NOV 14 1991

53

Director of Health Services and Registrar

# EXHIBIT F

# COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH — STATE OF CALIFORNIA**

STATE FILE NUMBER: 3052014106227
LOCAL REGISTRATION NUMBER: 3201419023533

## Decedent's Personal Data

- **1. Name of Decedent — First (Given):** ANNIE
- **2. Middle:** -
- **3. Last (Family):** STEVENS
- **AKA, Also Known As:** ETHEL ANNIE STEVENS
- **4. Date of Birth:** 01/09/1931
- **5. Age Yrs.:** 83
- **6. Sex:** F
- **7. Date of Death:** 06/06/2014
- **8. Hour (24 Hours):** 1826
- **9. Birth State/Foreign Country:** GA
- **10. Social Security Number:** 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
- **11. Ever in U.S. Armed Forces?:** NO
- **12. Marital Status/SRDP (at Time of Death):** WIDOWED
- **13. Education — Highest Level/Degree:** HS GRADUATE
- **14/15. Was Decedent Hispanic/Latino(a)/Spanish?:** NO
- **16. Decedent's Race:** CAUCASIAN
- **17. Usual Occupation:** PROFESSIONAL SINGER
- **18. Kind of Business or Industry:** MUSIC
- **19. Years in Occupation:** 30

## Usual Residence

- **20. Decedent's Residence:** 16883 SEVERO PL
- **21. City:** ENCINO
- **22. County/Province:** LOS ANGELES
- **23. Zip Code:** 91436
- **24. Years in County:** 55
- **25. State/Foreign Country:** CA

## Informant

- **26. Informant's Name, Relationship:** MARK STEVENS, SON
- **27. Informant's Mailing Address:** 346 KENOLIO RD, KIHEI, HI 96753

## Spouse/SRDP and Parent Information

- **28. Name of Surviving Spouse/SRDP — First:** -
- **29. Middle:** -
- **30. Last (Birth Name):** -
- **31. Name of Father/Parent — First:** NICK
- **32. Middle:** -
- **33. Last:** SUNRICH
- **34. Birth State:** PA
- **35. Name of Mother/Parent — First:** ROSITA
- **36. Middle:** -
- **37. Last (Birth Name):** ORTIZ
- **38. Birth State:** TN

## Funeral Director/Local Registrar

- **39. Disposition Date:** 06/10/2014
- **40. Place of Final Disposition:** RESIDENCE OF MARK STEVENS, 346 KENOLIO RD, KIHEI, HI 96753
- **41. Type of Disposition(s):** CR/TR/RES
- **42. Signature of Embalmer:** NOT EMBALMED
- **43. License Number:** -
- **44. Name of Funeral Establishment:** GROMAN EDEN MORTUARY
- **45. License Number:** FD1070
- **46. Signature of Local Registrar:** JONATHAN FIELDING, MD
- **47. Date:** 06/09/2014

## Place of Death

- **101. Place of Death:** RESIDENCE
- **102. If Hospital, Specify One:** -
- **103. If Other Than Hospital, Specify One:** Decedent's Home (X)
- **104. County:** LOS ANGELES
- **105. Facility Address or Location Where Found:** 16883 SEVERO PL
- **106. City:** ENCINO

## Cause of Death

- **107. Cause of Death:**
  - (A) Immediate Cause: RESPIRATORY FAILURE — SECS
  - (B) METASTATIC LUNG CANCER — MOS
  - (C) CHRONIC OBSTRUCTIVE PULMONARY DISEASE — YRS
  - (D) -
- **108. Death Reported to Coroner?:** NO
- **109. Biopsy Performed?:** NO
- **110. Autopsy Performed?:** NO
- **111. Used in Determining Cause?:** -
- **112. Other Significant Conditions:** NONE
- **113. Was Operation Performed:** NO
- **113A. If Female, Pregnant in Last Year?:** NO

## Physician's Certification

- **114. I certify that to the best of my knowledge death occurred at the hour, date, and place stated from the causes stated.**
  - Decedent Attended Since (A): 05/28/2014
  - Decedent Last Seen Alive (B): 06/06/2014
- **115. Signature and Title of Certifier:** RENITA PULLENS D.O.
- **116. License Number:** 20A8326
- **117. Date:** 06/09/2014
- **118. Type Attending Physician's Name, Mailing Address, Zip Code:** RENITA PULLENS D.O., 5315 TORRANCE BLVD, TORRANCE, CA 90503

## Coroner's Use Only

- **119. Manner of Death:** -
- **120. Injured at Work?:** -
- **121. Injury Date:** -
- **122. Hour:** -
- **123. Place of Injury:** -
- **124. Describe How Injury Occurred:** -
- **125. Location of Injury:** -
- **126. Signature of Coroner / Deputy Coroner:** -
- **127. Date:** -
- **128. Type Name, Title of Coroner / Deputy Coroner:** -

---

*010001002660463*



This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

Jonathan E Fielding MD
VB

Director of Public Health and Registrar

DATE ISSUED: JUN 17 2014



*HD3649851*

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

PBNCO (REV) 06/13

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE